**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: January 16, 2026
Docket #: 24-2614
Short Title: United States of America v. Belloisi

DC Docket #: 1:20-cr-219-1
DC Court: EDNY (BROOKLYN)
DC Judge: Trial Judge - Dora L. Irizarry

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8658.